|  |  |
|---|---|
| Ft Myers Apts Investments, LLC, | Lee County, Circuit Court |
|  | Twentieth Judicial Circuit |
| Plaintiff, | General Jurisdiction Division |
| vs. | Case No. |
| Westchester Surplus Lines Insurance Company, |  |
| Defendants. |  |
| _____/ |  |

## Complaint

Plaintiffs sue Defendant and alleges as follows:

### Jurisdiction, Venue, and Parties

1. This is an action for damages that exceeds Fifty Thousand Dollars ($50,000), exclusive of interest, attorney fees and costs, and is otherwise within the jurisdictional limits of this Court.

2. Venue is proper in this County as this is an action for breach of a property insurance contract brought in connection with damages sustained to real property situated in this County.

3. Plaintiff is a natural person residing in this County.

4. Defendant is an insurance company authorized to do business in the State of Florida.

### Count I – Breach of Contract

5. Plaintiff readopts and realleges paragraphs 1 through 4 as if fully state herein, and further alleges as follows.

6. At all material times, the Plaintiff and Defendant had a policy of insurance, Policy

No. FSF16224496A (the "Insurance Policy"), on the residence located at 4349 Armeda Ave Fort Myers, FL 33905 (the "Property"), which afforded various types of coverages including coverage for damage to dwelling, other structures, personal property, and for loss of use. Plaintiff is not in possession of a true and correct copy of the Insurance Policy, but believes one to be in possession of Defendant.

7. Plaintiff has paid all premiums due and owing as contemplated by the Policy, therefore fully performing her obligations under the Policy.

8. On or about September 29th, 2022, upon information and belief, the Property was damaged as a result of Hurricane Ian a peril covered under the Insurance Policy, which time the Insurance Policy was in full force and effect at all time material hereto.

9. Plaintiff is entitled to insurance benefits for the loss under the Insurance Policy.

10. In response to the reported claim, Defendant acknowledged the loss and assigned an adjuster and claim number KY22K2903208 to the subject loss.

11. Subsequently, Defendant admitted coverage for the loss and provided Plaintiff with a payment. However, after a diligent inspection of the loss, it is clear that the Property has sustained damages greater than what Defendant had paid thus far.

12. As of the date of the filing of this lawsuit, Defendant has failed to acknowledge that further payment is forthcoming and has failed to provide the necessary payment of insurance proceeds to the Plaintiff. As a result of the foregoing, Defendant has breached the Policy.

13. Plaintiff has suffered and continues to suffer damages resulting from Defendant's breach of the Policy.

14. Plaintiff has complied with all contractual and statutory requirements, including but not limited § 627.70152, F.S.

15. Furthermore, at all times material hereto, Plaintiff has satisfied all post-loss obligations to the best of his ability in accordance with the Policy.

16. As a direct and proximate result of the Defendant's breach of the Insurance Policy, Plaintiff has been obligated to retain the undersigned counsel for the prosecution of this action. In the event that the Plaintiff prevails in this action, Plaintiff is entitled to an award of attorney fees and costs pursuant to Florida Statute § 627.428 and/or § 627.70152, F.S. or other Florida law.

WHEREFORE, Plaintiffs respectfully demands judgment against the Defendant for damages including, but not limited to, full payment of the damages incurred by the Plaintiff's Property, interest allowed by law, reasonable attorney fees and costs pursuant to Florida Statute Section 627.428 and/or § 627.70152, F.S. or other Florida law, and for any further relief this Court deems just and proper.

## Demand For Jury Trial

The Plaintiff further demands a trial by jury of all issues so triable as a matter of right.

_____
August 15, 2024
Miami, FL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 15, 2024, this document was filed using the Florida Courts E-Filing Portal. This document is being served on all counsel and pro se parties of record by the Florida Courts E-Filing Portal, pursuant to and in compliance with Fla. R. Jud. Admin. 2.516.

**Rafuls Law Group**
12555 Biscayne Boulevard, #944, North Miami, Florida 33181
Tel: 305-725-2892

/s/ *Richard J. Rafuls*
**Richard J. Rafuls, Esq.**
Fla. Bar No.: 1003352
*richard@rafulslaw.com*
**Counsel for Plaintiff**